IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHRIS DEMOND SAMPSON, *et al.*                            PLAINTIFFS

v.                          Case No. 1:22-cv-1004

JEREMY C. BENNETT, *et al.*                               DEFENDANTS

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal. ECF No. 31. The parties state that all claims in this matter have been settled and request that this matter be dismissed with prejudice.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, all claims were effectively dismissed when the parties filed the instant stipulation. However, this order issues for the purpose of maintaining the Court's docket.

This case[1] is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 19th day of July, 2023.

                                                                       /s/ Susan O. Hickey
                                                                       Susan O. Hickey
                                                                       Chief United States District Judge

---

[1] This matter was previously consolidated with another case, *Grubbs v. Bennett, et al.*, Case No. 1:22-cv-1015-SOH. ECF No. 13. That matter is also hereby **DISMISSED WITH PREJUDICE**.